## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                      Case No.      17-25080-AJC
                                                            Chapter       13

CARLOS A ESTRADA

                Debtor(s)                /

### DEBTOR'S MOTION TO PAYOFF BANKRUPTCY EARLY

**COMES NOW**, the Debtor, CARLOS A. ESTRADA by and through his undersigned attorney, and file this to Motion to Payoff Bankruptcy Early and in support would show as follows:

1. On December 20, 2017, the Debtor in the above-styled cause filed a Petition for Bankruptcy Relief under Chapter 13.

2. The Debtor's 1st Modified Chapter 13 Plan (DE 45) was confirmed on August 24, 2019 (DE 49).

3. The Debtor has currently paid 35 payments out of the 60 payments due under the confirmed plan.

4. The Debtor is currently providing payment for 100% of his unsecured creditors under the current confirmed plan.

5. The Debtor has the funds to pay the remaining balance due to his unsecured creditors and the trustee fees in full.

6. No creditor will be prejudiced by allowing the Debtor to payoff the bankruptcy early as the creditors who filed a timely proof of claim will be paid the amounts owed to them in full.

7.  Debtor's Counsel has been compensated in the amount of $525.00 for the filing of this motion.

WHEREFORE, the Debtor respectfully request this court to enter an Order Granting his Motion to payoff her bankruptcy early and any other relief this court deems proper.

**Dated**: November 30, 2020

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br><br>I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | Law Office of Alberto H. Hernandez, P.A.<br>Attorney for Debtor(s)<br>1840 W 49 St, Suite 301<br>Hialeah, FL 33012<br>Tel.(305)820-0334<br>Fac.(305)820-0394<br><br>By: /s/ Alberto H. Hernandez<br>Alberto H. Hernandez, Esq.<br>Bar Number: 0898783 |